UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED
2007 JAN 16 P 2:25

CURTIS GRAHAM
vs
JOHN RUTHERFORD

CASE NO. ~~2006111155 AX~~

3:07-cv-40-J-33TEM

APPLICATION FOR WRIT of HABEAS CORPUS

PETITIONER CURTIS GRAHAM, A PRE TRIAL DETAINEE AT THE DUVAL COUNTY JAIL # NO. 2006047319 HEREINAFTER PETITIONER IS BEFORE THIS COURT PRO SE AND IN FORMA PAUPRIS UPON HIS APPLICATION FOR WRIT OF A HABEAS CORPUS ON CONSTITUTIONAL GROUNDS AS SET OUT HEREIN AND CLAIMS HIS CURRENT INCARCERATION IS CONTRARY TO OR VIOLATION OF FEDERAL RIGHTS.

THE REASON FOR THIS APPLICATION ARE MORE FULLY SET FORTH IN THE ACCOMPANYING DECLARATIONS AFFIDAVITS AND MEMORANDUM ATTACHED HERETO.

RESPECTFULLY SUBMITTED
x _Curtis Graham_

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ONE TRUE COPY OF THE FOREGOING APPLICATION FOR WRIT OF HABEAS CORPUS HAS BEEN FORWARDED TO RESPONDENT SHERIFF JOHN RUTHERFORD AT CIVIL PROCESS UNIT 501 E. BAY ST JACKSONVILLE, FLORIDA 32202 BY REGULAR MAIL ON THIS _____ DAY OF JANUARY 2007.

RESPECTFULLY SUBMITTED

x _Curtis Graham_